# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

May 2, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-60867            Eric & Stephanie Sweet

To Whom It May Concern:

Enclosed please find check #922616 in the amount of $25.83. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        2

Account#         7841

Creditor         City National Bank
                 POB 873
                 Gloversville, NY 12078

**RECEIVED**
MAY - 3 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**FILED**
MAY - 3 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Receipts # 61100241